PS 42
(Rev. 7/93)

# United States District Court
## Eastern District of Arkansas

| | |
|---|---|
| United States of America | ) |
| vs. | ) |
| Marcus Meredith | ) Case No.  0860 3:25CR00007 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Marcus Meredith_____, have discussed with _____Phyllis Leak_____, Pretrial Services/Probation Officer, modifications of my release conditions as follows:

Modify Location Monitoring condition to curfew.

I consent to this modification of my release conditions and agree to abide by this modification.

_____Marcus Mere_____  1-13-26          _____[signature]_____  1/13/26
Signature of Defendant   Date             Pretrial Services/Probation Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____Toney Braswell_____                _____
Signature of Defense Counsel             Date

The Assistant U.S. Attorney ☒ does ☐ does not concur with this modification.
☒ The above modification of conditions of release is ordered, to be effective on _Click here to enter a date._
☐ The above modification of conditions of release is *not* ordered.

_____[signature]_____                    2/3/26
Signature of Judicial Officer            Date